U.S. District Court
C.D. Cal.

Timothy Doyle Young

v.

United States
Dept. of Justice

FILED
CLERK, U.S. DISTRICT COURT
JUL 1 9 2021
CENTRAL DISTRICT OF CALIFORNIA
BY RO          DEPUTY

Related
DDJ

2:21-cv-05841-JAK-KK

## Civil Complaint

#1.- The DOJ is withholding life-saving Medication and falsifying records to conceal the pattern and practice of Deliberate Indifference.

#2.- I have followed every Rule and Procedure for obtaining Medical services at the prison but Sertraline is being withheld from me again in violation of Doctor's Orders and the Drug Manufacturer's warnings.

#3.- Sertraline suppresses my suicidal and homicidal ideation. The record shows that I have attempted suicide and that I have been violent when Sertraline was confiscated from me and not returned or replaced, all of which was in violation of Policy, see #10-CR-493 (D. Colo.).

#4.- The Unit Team (Counselor Weiss and Unit Manager Harvey) refused to informally resolve the issues in violation

of Policy (FLM 1330.18) simply by
E-mailing Health Services and this is
documented.

#5.-    The DOJ has: A.) committed criminal
acts by falsifying and transmitting
fraudulent records about this issue; and
B.) by committing Perjury in Court to
Obstruct Justice and deprive me of all
Constitutional Rights.

#6.-    Specifically, the DOJ committed
violations of 18 USC § 241 § 1001 §
§§ 1341 et seq., etc., by falsifying and
transmitting the grievance responses for
#1010593 by claiming:

A.) "You have consistently been provided
       timely and appropriate medical care."

B.) "A review of your electronic medical
       record indicates you have received
       timely refills on all medications."

C.) "Our succeeding review of your
       medical record reveals there was no
       delay in the delivery of your refill
       medications."

D.) "The record reflects you have received
       medical care and treatment in
       accordance with evidence based
       standard of care..."

#7.-    Specifically, the DOJ committed Perjury
in #14-cv-0073 (D.Colo.); #19-5192 /

(D.C.Cir.); and #20-5005 (D.C.Cir.).

#8.-    The Tenth and D.C. Circuits have not only refused to make a decision about the Perjury and ongoing Obstruction, but have committed Fraud-on-the-Court to rescue the DOJ from Due Process and exposure, see exhibits at #21-cv-3472 (C.D. Cal.).

#9.-    The Tenth and D.C. Circuits have blatantly committed criminal violations of 28 USC :: 351-364 and the Mandatory JCD Rules. The collusion between the Judicial and Executive Branches to cover-up violations at USP-Max-ADX is well documented, e.g., see attached exhibits.

#10.-    The DOJ deliberately prevented access to this Court and caused the loss of #21-cv-3472 (C.D. Cal.) by delaying a "...certified Trust Fund account statement..." for 7½ months making it useless for 28 USC § 1915(a)(2), see attached exhibits.

## Claim Two

#11.-    The DOJ is withholding access to all Health Care by refusing to respond to my "Sick-Call" requests. This, too, is a matter of record. To the best of my knowledge, I am dying from an undiagnosed and untreated disease.

<u>Claim Three</u>

#12.-      28 USC §352(c) and §357(c) are
unconstitutional because it allows documented
criminal conduct by a Circuit for
Political reasons.

#13.-      The Tenth Circuit has violated 28 USC
§§ 351 - 364 and the Mandatory JCD Rules
since 2007 to cover-up violations at the
Federal Supermax Prison and to conceal
the documented ex parte collusion between
prison employees, Defendants, the DOJ and
the USDC (D. Colo.).

#14.-      When DOJ employees commit ex parte
"Perjury" by giving false information and/or
promises to the Courts, it allows the violations
to continue or escalate in retaliation.
This is placing my life in danger and
has placed the lives of prison employees
in danger, e.g., #10-CR-493 (D. Colo.);
etc.

#15.-      I have more than satisfied a "Duress"
defense if I am forced to defend my
life, US v. Bailey, 100 S.Ct. 624.

<u>Relief</u>

#16.-      I request my Constitutional Right of
access to the Court a single time (process
served and a decision on the Merits) to
address the last 15 years of violations <u>or</u>
release from prison.

<u>Exhibits</u>

A.) Ethics in Government complaint.
B.) Warden's response (Apr. 6, 2021).
C.) Judicial complaint #90052/54.
D.) FBI Letter (9-11-2012).
E.) #752819-A1.
F.) FOIA Request #21-0027.
G.)  "   Response  "   "   (5-18-21).
H.) FOIA Appeal   "   "   .
I.) #1075130-A1.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on              Ti Y
June 8, 2021         Timothy Doyle Young
                     60012-001
                     USP-Max-ADX
                     POBox 8500
                     Florence, CO
                        81226

Exhibit - A

To: U.S. Attorney General
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Certified Mail Number: 7020 0640 0000 0334 2911

I, Timothy Doyle Young, make the following statement under penalty of perjury:

#1.-    I hereby petition the U.S. Attorney General under the "Ethics in Government Act" for an investigation, criminal charges, prosecutions, and impeachment recommendations against several U.S. government officials who have committed federal crimes to deprive me of statutory, Constitutional, and Human Rights.

#2.-    The parties involved in the conspiracy to deprive me of all Rights have committed criminal acts to suppress evidence of ongoing corruption at the Federal Supermax Prison (USP-Max-ADX) and throughout the Bureau of Prisons.

#3-    Any deficiencies in this petition will be corrected upon notification by certified mail, this includes submitting additional cites, facts, evidence, etc.

#4-    Due to the failure of the U.S. Attorney General over several years to comply with the requirements of 28 USC § 591 et seq., I request confirmation that this formal complaint was filed and is being

processed within 30 days of it's delivery by certified mail. The lack of a reply will result in legal action.

## Supporting Facts

#5.-    For over a decade DOJ employees have routinely committed criminal acts to deny, justify, and cover-up staff misconduct and Constitutional violations at USP-Max-ADX.

#6.-    The numerous violations of 18 USC 241, 1001, 1341 et seq., 1621 et seq., Obstruction of Justice, etc., are a matter of record proven simply by comparing one BOP document to another.

#7.-    For example, the exhibits in #20-5062 (D.C.Cir.) are documented violations of the False Statements Act (1001), Mail and Wire Fraud, etc. See "Supplement" at 11-16-2020.

#8.-    The grievance response for #1010593-R1 (id., exhibit #7) dated 6-12-20 and signed by "J.E. Krueger" or her proxy contains two fraudulent statements:

A.) "You have consistently been provided timely and appropriate medical care."

B.) "A review of your electronic medical record indicates you have received timely refills on all medications."

#9.-    The grievance response for #1010593-A1

(id., exhibit #9) dated 9-14-20 and signed by "Ian Connors" also contains two fraud-ulent statements:

A.) "Our succeeding review of your Medical record reveals there was No delay in the delivery of your refill medications."

B) "The record reflects you have received medical care and treatment in accordance with evidence based standard of care..."

#10.-    Multiple BOP records and the DOJ's own exhibits prove that the statements above are criminal acts. See #20-5005 (D.C.Cir.), "Response" at 6-26-20 (Decl. of Dr. Susan Conroy at paragraph #9, specifically "10-8-2019" versus "11-27-2019" (about 18 days overdue) and "2-24-2020" versus "4-13-2020" (about 3 weeks overdue)).

#11.-    My medical record proves deliberate indifference for every medical issue that I have had including: a.) Hepatitis-C testing and treatment was withheld for over a decade; b.) "Emergency" dental treatment was withheld for 5 months; c.) treatment for GERD and a Hiatal Hernia was withheld for five years; d.) prescribed medica-tions were withheld, impeded, delayed, etc., on numerous occasions; e.) etc.

#12 -   All of the fraudulent records above were transmitted through the U.S. Mail and wire communications with the intent and result of depriving me of Constitutional Rights.

#13 -   J.E. Krueger, her proxy, and Ian Connors have committed violations of 18 USC §241, §1001, §§ 1341 et seq., etc.

#14 -   The U.S. Attorney, Matthew Glover, committed Mail/Wire Fraud and Perjury by transmitting his 6-26-2020 "Response" for #20-5005 (D.C. Cir.) that contains false statements including:

A.) "... Sertraline has been in effect continuously ...", page 9.

B.) "Mr. Young's assertion that Sertraline is being withheld is squarely refuted by the Medical officer's declaration and the extensive exhibits attached to it", page 9.

#15 -   Mr. Glover's own exhibits prove that the two statements above are false and he has not withdrawn, corrected, or attempted to justify the fraudulent claims even after he was notified of the discrepancies, see my "Reply" at 9-14-2020

#16 -   Based on Court records cited above and the U.S. Attorney's failure to withdraw the perjured statements, Matthew Glover has committed violations of 18 USC §241, §1341 et seq., §§ 1621 et seq., etc.

#17. —      Judges Henderson, Tatel, and Katsas committed Mail/Wire Fraud and other crimes by transmitting a fraudulent statement in their #20-5005 (D.C.Cir.), 9-28-2020 Order, specifically:

A.) "He has therefore obtained all of the relief he seeks in his mandamus petition."

#18. —      This is not a matter of interpretation, discretion, an "opinion", or a simple dis-agreement with a decision. This is clearly a documented criminal act proven by reviewing my "... mandamus petition ..." (id., at Jan. 6, 2020) where I requested access to the Court with an Order from the Court of Appeals that forces the USDC (D.D.C.) to file my "... imminent Danger complaint that shows a pattern and practice of medical deliberate indifference and the falsification of records to conceal the misconduct."

#19 —      None of the "Relief" requested in the mandamus petition and the unfiled Imminent Danger complaint (that the Clerk withheld from the docket) was "obtained".

#20. —      The USDC Clerk does not have discre-tion to withhold documents from the Court record. Access to the Court is required by F.R.Civ.P. #5 (d)(4); 1915 (g); Ibrahim, 463 F3d 3 (D.C Cir.); Erickson, 551 US 89; Lewis v. Casey, 518 US 343; etc.

#21. —      Access to the Court is a Constitutional

"Right" guaranteed by the First, Fifth (all aspects), and Eighth Amendments. The Right is also guaranteed by Colorado State law and the Colorado Bill of Rights.

#22.- The D.C. Circuit has revoked all "Rights" by colluding with the DOJ in a delaying scheme that gives the BOP time to defeat the "Imminent Danger" clause by voluntary cessation, first by refusing to file documents in the USDC and then by instructing me to file documents in the same USDC that withheld them to begin with, see #20-5062 (D.C. Cir.) and #20-5104 (D.C. Cir.), both Orders on Dec 2, 2020.

#23.- The D.C. Circuit's tactic of nullifying Statutes, the Circuits own stare-decisis, numerous S.Ct. decisions, and the Constitution has only emboldened, enabled, encouraged, etc. the DOJ/BOP to continue business as usual by committing violations and criminal acts on a regular basis. This is proven by: A.) the BOP's blatant and routine fraud (e.g. pp. #8 and #9 above); B.) the U.S. Attorneys repeated Perjury in Court; C.) the U.S. Attorneys being completely unconcerned about sanctions from the Court for Perjury; D.) the new violations of the exact same misconduct while the mandamus petition was pending; and E.) the documented fact that Federal Judges are committing Felonies to rescue the DOJ

from Due Process.

#24.-     Federal Judges are not immune for committing criminal acts:

    a.) O'Shea, 414 US 488.
    b.) Dennis, 449 US 24.
    c.) Briscoe, 460 US 325.
    d.) Mireles, 502 US 9.
    e.) etc.

#25.-     I request criminal charges and prosecutions of the 3 DOJ employees above ( pp #8 and #9 ).

#26.-     I request criminal charges, prosecutions, and impeachment recommendations against the 3 D.C. Circuit Judges above ( pp. #17 ).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Feb. 22, 2021

Timothy Doyle Young
# 60012-001
USP-Max-ADX
PO Box 8500
Florence, CO
    81226

Exhibit - B



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

*Office of the Warden*

*5880 State Highway 67 South*
*P.O. Box 8500*
*Florence, CO 81226*

April 6, 2021

Timothy Young
Reg. No. 60012-001
ADX Florence
P.O. Box 8500
Florence, CO 81226-8500

RE:     **Timothy Dayle Young, Reg. No. 60012-001**

Dear Mr. Young:

This is in response to your correspondence dated February 22, 2021, addressed to the U.S. Attorney General in which you state that you are not receiving proper medical attention for your medical related issues, including Hepatitis C, GERD, hiatal hernia, prescription medications, and dental care.   You claim multiple DOJ employees and Federal judges have conspired to deprive you of your right to proper medical care.   We received instructions to review the matter and respond directly to you.

A review of your medical records reveal you have been assessed on multiple occasions by the institution's Health Services Department for each of the medical issues you identified, as well as others. Your medications are current; however, you are responsible for notifying Health Services of your need for a refill of your medications no less than 5 days prior to your refill being due.   Your medical records reflect you are receiving medical care and treatment in accordance with evidence based standards of care and within the scope of services of the Federal Bureau of Prisons.   You are reminded that you can submit a Sick Call or Prescription Refill request as needed to Health Services for all you medical needs.

I trust this information adequately addresses your concerns.

Sincerely,

B. True
Complex Warden

Exhibit – C

To:   National Office of Judicial Integrity
      Michael Henry, Attorney
      U.S. Court, Adm. Office
      One Columbus Circle, N.E.
      Washington, DC  20544

re:   Judicial Fraud.        7020 2450 0000 8739 5653

      Mr. Henry,                    May 7, 2021

          The Judges for #20-5005 (D.C.Cir.)
      committed Fraud-on-the-Court when they
      "rewrote" my Mandamus Petition in their
      9-28-2020 Order, see attached.
          The D.C.Circuit Judicial Council violated
      the mandatory JCD Rules and 28 USC
      §§ 351 et seq. to prevent Due Process.
          This address has not filed, rejected,
      or even acknowledged my Petitions for
      Review when delivered by certified mail.
          I request an explanation and a
      remedy for the ongoing cover-up.

               Ti Y
      Timothy Doyle Young  #60012-001
      USP-Max-ADX
      P.O.Box 8500
      Florence, CO  81226

Encl.- DC-20-90052/54  J.C.C. Petition for
             Review (May 6, 2021).

# USPS Tracking®

FAQs >

### Track Another Package +

**Tracking Number:** 70202450000087395653

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:15 pm on May 17, 2021 in WASHINGTON, DC 20018.

## ✅ Delivered, Front Desk/Reception/Mail Room

May 17, 2021 at 1:15 pm
WASHINGTON, DC 20018

Get Updates ⌄



Text & Email Updates                                          ⌄

Tracking History                                             ⌄

Product Information                                          ⌄

See Less ⌃

Feedback

To:   General Counsel
      U.S. Court, Adm. Office
      One Columbus Circle, N.E.
      Washington, DC 20544

re:   DC-20-90052/54.

#1.-      I hereby petition the Judicial Confer-
ence Committee for review of the DC-20-
90052/54 dismissal in violation of the
JCD Rules.

#2.-      The dismissal violates JCD Rule #4
as specified in the "commentary":

A.) "Conversely, an allegation that a
    judge conspired ... is not merits-related
    ... such an allegation attacks the
    propriety of arriving at rulings with
    an illicit or improper motive."

B.) "If the judge's language was relevant
    to the case at hand ... then the
    judge's choice of language is presump-
    tively merits-related and excluded,
    absent evidence apart from the ruling
    itself suggesting an improper motive."

#3.-      The dismissal also violates JCD Rule
eleven as specified in it's "commentary":

a.) "At the same time, however, Section
    352 (a) states that the chief judge shall
    not undertake to make findings of

fact about any matter that is reasonably in dispute."

b.) "Similarly, the chief judge may not resolve a genuine issue concerning a material fact or the existence of mis-conduct..."

#4.-    The complaint clearly stated that the conspiracy with the DOJ was the "...illicit or improper motive..." and the "...evidence apart from the ruling itself suggesting an improper motive..." was the fraudulent statement of material fact the judges made concerning what was contained in my Mandamus Petition for #20-5005 (D.C. Cir.). As a matter of law, Judges Henderson, Tatel, and Katsas committed Mail and Wire Fraud regardless of whether or not they have immunity.

#5.-    Also, the subject judges did not make a ruling on the Perjury by the DOJ in #20-5005 nor did they address the new incident of the same violation committed while the Petition was pending.

#6.-    Refusing to rule on an issue is not merits-related or even a judicial act, it is Fraud-on-the-Court, Bullock v. US, 763 F2d 1115 (10th Cir., 1985)(en banc).

#7.-    The facts supporting a conspiracy are blatant and a matter of record:

A.) The BOP committed Mail/Wire Fraud and other crimes by transmitting false state-ments of material fact in the grievance responses for # 1010593.

B.) The DOJ committed Perjury and other crimes in # 14-cv-0073 (D. Colo.); # 19-5192 (D.C. Cir.); and # 20-5005 (D.C. Cir.) by submitting false statements of material fact to prevent Due Process for this habitual violation. The DOJ has never attempted to withdraw, correct, or justify the Perjury because of it's collusion with the Court.

C.) The USDC (D.D.C) withheld the com-plaints from the docket in violation of F.R.Civ.P. # 5(d)(4); 18 USC § 2071, § 2076; etc.

D.) Judges Henderson, Tatel, and Katsas committed criminal acts by "revising" my Mandamus Petition to prevent access to the Court for imminent danger under § 1915(g). The ex parte voluntary cessation arrangement the Court has with the DOJ is not effective and was the direct cause of a corrupt prison employee being assaulted with a weapon, see # 10-CR-493 (D. Colo.).

E.) Chief Judge Srinivasan and the D.C. Judicial Council violated the JCD Rules, 28 USC § 351 - § 364, etc., to prevent

Due Process, deprive me of Constitutional "Rights", and to cover-up multiple layers of criminal conduct.

#8.-     The position stated by Chief Judge Srinivasan and the D.C. Circuit Judicial Council that everything written by a judge is "merits-related" and exempts them from review is a mockery of 28 USC §351—§364 and the Constitution itself. By their logic, a judge who sleeps during trial; takes bribes; commits sexual assault; etc., is not engaging in misconduct if the incident is mentioned in a Court document.

#9.-     Rewriting my Petition, or "deciding" to make a false statement of material fact about the Writ itself, is clearly a criminal act which any Jury could easily determine guilt.

#10.-    If the Judges had simply omitted any specific reference to what my Petition stated and used ambiguous language in their 9-28-2020 Order, then it actually would have been merits-related.

#11.-    The multiple layers of criminal conduct shows that the Court is well aware of what I can prove regarding more than a decade of Constitutional and Human Rights violations at the Federal Supermax Prison. If the evidence could be refuted, the Court would comply with constitutional requirements and would not have to commit Fraud for censorship.

#12 -     It is irrelevant whether or not a Jury would be allowed to hear a "Justification Defense" if I am forced to defend my life again, as stated in my opening argument for the #10-CR-493 Trial "...I don't care what the verdict is..."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
May 6, 2021                    Timothy Doyle Young
                              60012-001
                              USP-Max-ADX
                              P.O. Box 8500
                              Florence, CO
                                        81226

Exhibit - D



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C.  20535-0001

September 11, 2012

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Mr. Timothy Doyle Young
Reg. No. 60012-001
U.S. Penitentiary – ADMAX
P.O. Box 8500
Florence, CO  81226-8500

      Re:    Administrative Claim of Timothy Doyle Young, dated March 7, 2012

Dear Mr. Young:

      This letter is in reference to the administrative claim listed above and received by the
Federal Bureau of Investigation (FBI) on March 13, 2012.

      Your administrative claim seeks monetary damages of $10,000,000.00 (ten million
dollars) for property damages, relating to your allegation that the FBI has ignored several of your
requests to file a criminal civil rights complaint against Bureau of Prisons staff, relating to
criminal activity at the prison in which you are incarcerated.  You seek these damages under the
Federal Tort Claims Act (FTCA), Title 28 of the United States Code (USC) Sections 2671-2680.
In order to recover damages under the FTCA, a claimant must demonstrate negligence or a
wrongful act or omission on the part of a federal employee acting within the scope of his or her
employment.  Upon careful review of the applicable law and the merits of your claim, this office
has determined that the claim should be, and hereby is, denied pursuant to Title 28 of the United
States Code of Federal Regulations (CFR) Section 14.9.

      28 CFR § 14.9(a) requires us to inform you that if you are dissatisfied with our
determination, you may file a suit against the United States in an appropriate United States
District Court no later than six (6) months after the date of this letter.

                      Sincerely,

                      Elissa Okoniewski
                      Assistant General Counsel

Exhibit - E

```
   NCRBM              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-11-2021
PAGE 020 OF     *                    SANITIZED FORMAT              *      10:59:14


 REMEDY-ID     SUBJ1/SUBJ2   ---------------------ABSTRACT-----------------------
               RCV-OFC       RCV-FACL     DATE-RCV        STATUS      STATUS-DATE


 993546-A1     15HM/30ZM     10ZM, FIRST STEP ACT, XFER TO RRC OR HOME
               BOP           MAR          02-10-2020      CLO         03-19-2020

 996450-A1     15HM/33ZM     CEASE IMPOSING FINES, CEASE RE-WRITING INCIDENT REP.
               BOP           MAR          02-10-2020      CLD         03-04-2020

 982540-A2     25DM/22ZM     PERSONAL PROP MISSING (ADDRESS BOOK, PRAYER RUG,
               BOP           GIL          02-10-2020      CLO         03-04-2020

 997366-A1     16ZM/         INMATE COMPLAINT AGAINST NEW MAIL POLICY
               BOP           ALM          02-10-2020      CLD         03-03-2020

 996953-A1     16GM/         APPEAL OF TRULINCS RESTRICTION
               BOP           ALF          02-10-2020      CLD         03-19-2020

 993598-A1     15AM/         I/M WANTS RESITUTION STOPPED
               BOP           CAA          02-10-2020      CLO         03-19-2020

 989479-A3     13BM/         COMPLAINTS WITH POINTS
               BOP           MCR          02-10-2020      CLD         03-18-2020

 996324-A1     10CM/         REQ FOR NEARER REL TRANSFER
               BOP           ALF          02-10-2020      CLO         03-13-2020

 994299-A1     19FM/         RE-ENTRY REFERRAL
               BOP           ALF          02-10-2020      CLO         03-19-2020

 993480-A1     16AC/28ZC     APPEALS REJECTION OF 4 BOOKS ENTITLED:
               BOP           ELK          02-10-2020      CLD         03-02-2020

 991732-A1     25DM/36GM     CLAIMS SLIPPED IN STANDING PUDDLE AND BROKE HIP
               BOP           ALP          02-10-2020      CLO         03-20-2020

 992255-A1     15HM/34ZM     COMPLAINT AGAINST STAFF, REQ. INVESTIGATION LGL MAIL
               BOP           MAR          02-10-2020      CLO         03-18-2020

 977722-A4     34AM/         STAFF COMPLAINT
               BOP           WIL          02-10-2020      CLO         03-19-2020

 998797-A1     34CS/20DS     DHO APPEAL/DISCRIMINATION
               BOP           BSY          02-10-2020      CLO         03-18-2020

 987798-A2     13GM/         APPEALING THE DENIAL OF COMPASSIONATE RELEASE/RIS
               BOP           FTW          02-10-2020      CLO         04-21-2020

 996346-A1     26BS/         I/M STS HE CAUGHT A DISEASE/MED NOT DOING ANYTHING
               BOP           LEX          02-10-2020      REJ         02-21-2020


 G0002       MORE PAGES TO FOLLOW . . .
```

U.S. Department of Justice

Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type ~~~~~~~~~~~ int pen.  If attachments are needed, submit four copies.  One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach-
ments ~~~~~~~~~~~ with this appeal.

From: YOUNG   TIM   D.                60012-001      SHU        FLP
       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.           UNIT           INSTITUTION

Part A—REASON FOR APPEAL   The Warden's response is misdirection and
the Regional Director failed to address #752819-R1.
   I request: ① an answer to what exemption the Warden is
claiming to justify withholding my Trust Fund account
statements from me (see P.S. 1351.05 "Release of Information",
"Attachment — A") and ② a certified copy of my Trust Fund
account statement.

Nov. 27, 2013        c/s attached              T. Y.
       DATE                                        SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED

DEC 0 9 2013

Administrative Remedy Office
Federal Bureau of Prisons

_____                              _____
     DATE                                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

Part C—RECEIPT

                                              CASE NUMBER: 752819 – A1
Return to: YOUNG,  TIM   D.         60012-001     SHU        FLP
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.        UNIT        INSTITUTION
SUBJECT: Inmate   account  records

11-27-2013                        _____
     DATE                         SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL       BP–231(13)

Administrative Remedy No. 752819-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal wherein you request an answer to what exception the
Warden is claiming to justify withholding your Trust Fund
account statements from you.  You further request to receive a
certified copy of your Trust Fund account statement.

We have reviewed documentation relevant to your appeal and,
based on this information, concur with the manner in which the
Warden and Regional Director addressed your concern.  As
previously indicated by the Warden, your request was denied
pursuant to Institutional Supplement 4500.09, Inmate Accounts,
Section H, which provides that periodic statements of inmate
personal accounts will not be provided to inmates. Inmates who
have specific questions concerning their personal funds should
submit an Inmate Request to Staff Member (Cop-Out) to the Trust
Fund Specialist in the Trust Fund office.  This should be only
in very rare exceptions.  Our review reveals the previously
requested account information was provided to you in the
instances when you submitted a detailed request; however,
fulfilling your multiple requests for these copies would place
an unreasonable burden on the Trust Fund Department.

As noted in your response from the Warden, your request is more
appropriately handled through a Freedom of Information/Privacy
Act request.  You are encouraged to contact institution staff
through the appropriate channels should you have additional
inquiries regarding your Trust Fund account.

Considering the foregoing, your appeal is denied.


6 | 15 | 15
_____
Date

                              Ian Connors, Administrator
                              National Inmate Appeals

Exhibit - F

```
REMEDY-ID     SUBJ1/SUBJ2   --------------------ABSTRACT------------------------
              RCV-OFC   RCV-FACL    DATE-RCV        STATUS    STATUS-DATE

999303-A1     13LM/         WANTS RELEASE REVIEWED AGAIN
              BOP       MCK         02-10-2020      CLD        03-10-2020

986027-A2     19FM/         ALLEGES HE IS ELIGIBLE NOW FOR HALFWAY HOUSE
              BOP       DTH         02-10-2020      CLO        03-05-2020

997125-A1     33HM/         I/M STS BP-9 WAS NOT KEYED IN SENTRY
              BOP       LEX         02-10-2020      CLD        02-21-2020

995492-A1     34AM/         STAFF COMPLAINT IN CHAPEL
              BOP       MCK         02-10-2020      CLO        04-02-2020

988903-A1     34AM/         UNPROFESSIONAL CONDUCT
              BOP       CBR         02-10-2020      CLO        04-02-2020

998673-A1     25EM/         I/M STS COMMISSARY/TRUST FUND IS BEING MISUSED
              BOP       LEX         02-10-2020      CLO        04-02-2020

991932-A2     35AM/26HM     RECEIVE MED TREATMENT BY QUALIFIED STAFF; FALSE MED
              BOP       BUT         02-10-2020      CLO        03-03-2020

993255-A1     24BM/         REQUESTS ENSURE FOR NUTRITIONAL PURPOSES
              BOP       FTD         02-10-2020      CLD        03-06-2020

995005-A2     10BM/         WANTS TO TRANSFER TO MEDICAL CENTER
              BOP       FOR         02-10-2020      CLO        05-11-2020

996342-A1     13HM/         I/M STS HE SHOULD BE ON A MEDICAL UNIT
              BOP       LEX         02-10-2020      CLD        03-09-2020

997086-A1     31ZM/         REQS NUNC PRO TUNC 10/5/16-8/16/17,7/25/17-8/16/17
              BOP       THA         02-10-2020      CLD        03-26-2020

999831-A1     30AM/         WANTS "WILLIS CREDIT" FOR TIME SERVED AT CO JAIL
              BOP       YAN         02-10-2020      CLD        03-11-2020

996682-A1     30AM/         REQ FOR PRIOR JAIL CREDIT
              BOP       LOR         02-10-2020      CLG        03-11-2020

984097-A3     30AM/         YOU ARE WANTING YOUR CREDIT FROM STATE TIME
              BOP       TRV         02-10-2020      CLD        03-26-2020

992211-A1     31DM/         WANTS CREDIT FOR NUNC PRO TUNC DESIGNATION
              BOP       MCK         02-10-2020      CLD        03-26-2020

990822-A1     25CM/         REQ EGRESS AISLES BE WIDENED IN HOUSING UNITS
              BOP       ELK         02-10-2020      CLD        03-11-2020


G0002     MORE PAGES TO FOLLOW . . .
```

21-0027

Bureau of Prisons
General Counsel
FOIA Request, #936          FLM
320 First St., N.W.
Washington, DC 20534

Received

NOV 1 8 2020

FOIA/PA Section
Federal Bureau of Prisons

## FOIA Request

I request a certified copy of my Trust Fund account statement that shows all activity in the last six months.

I request expedited processing because the above will be used for IN Forma Pauperis in Court and any delay will cause me to lose Constitutional Rights, e.g., denial of access to the Court, etc.

This request was originally mailed on Friday Sept. 18, 2020 (copy is enclosed) but I have not received a response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
Nov. 9, 2020

Timothy Doyle Young
# 60012-001
USP-Max-ADX
P.O. Box 8500
Florence, CO 81226

encl.

5-25-1958
Binghamton, N.Y.

Exhibit - G

```
 REMEDY-ID     SUBJ1/SUBJ2  --------------------ABSTRACT------------------------
               RCV-OFC      RCV-FACL     DATE-RCV       STATUS      STATUS-DATE

 992674-A1     30AM/31ZM    JAIL TIME CREDIT, REQUESTING INMEDIATE RELEASE
               BOP          FOR          02-10-2020     REJ         02-21-2020

1003260-A1     19FM/        REENTRY
               BOP          BEC          02-10-2020     REJ         02-21-2020

1007433-A1     20DM/        ADHO APPEAL
               BOP          LEE          02-10-2020     REJ         02-21-2020

 996457-A1     15HM/16GM    REQUEST TO EMAIL STAFF DIRECTLY
               BOP          MAR          02-10-2020     REJ         02-21-2020

 986382-A1     26AM/26BM    WANTS CYST REMOVED; MEDICAL NEGLIGENCE
               BOP          COP          02-10-2020     REJ         02-21-2020

 997866-A1     20DM/        DHO APPEAL
               BOP          PEM          02-10-2020     REJ         02-21-2020

 985438-A3     30AM/        CREDIT FOR TIME SPENT IN JAIL
               BOP          MCR          02-10-2020     CLO         04-02-2020

 997986-A1     30AM/31AM    REQ. JAIL CREDIT FOR CONCURRENT STATE & FEDERAL SENT
               BOP          POL          02-10-2020     CLG         04-02-2020

 994005-A2     26BM/        CLAIMS EYEGLASS RX INCORRECT; STRAINS & HEADACHE
               BOP          FLM          02-10-2020     CLO         03-09-2020

 993936-A1     26EM/35AM    FULL MEDICAL ATTENTION
               BOP          SCH          02-10-2020     CLO         04-03-2020

 997514-A1     26AM/        WANTS TO BE PROPERLY TREATED
               BOP          MCK          02-10-2020     CLO         03-18-2020

 968498-A4     26ZM/        REQUEST HIS WHEELCHAIR BE REPAIRED OR REPLACED
               BOP          FTW          02-10-2020     REJ         02-28-2020

1008476-A1     20DM/        DHO APPEAL - 113
               BOP          EST          02-10-2020     REJ         02-28-2020

 965196-A2     10CM/        RQSTS BE TRANSFERRED CLOSE TO HOME
               BOP          FLM          02-10-2020     REJ         02-28-2020

 998155-A1     20DM/        DHO APPEAL
               BOP          BER          02-10-2020     CLD         03-23-2020

 995897-A1     20DM/        DHO REHEARING 10-18-2019, CODE 101
               BOP          BMP          02-10-2020     CLD         03-17-2020


 G0002        MORE PAGES TO FOLLOW . . .
```



**U.S. Department of Justice**
Federal Bureau of Prisons
*North Central Regional Office*

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

May 18, 2021

Timothy Young
Reg. No. 60012-001
USP Florence ADMAX
P.O. Box 8500
Florence, CO  81226

Re:    Information Request No. 2021-00027

Dear Requester:

This is in response to your information request.  Specifically, you request a copy of your most recent 6 month account statement.

The records have been retrieved and reviewed in this office for a release determination.  It is our conclusion the requested information may be disclosed to you.  The releasable records (2 pages) are enclosed.

If you have any questions or concerns, please contact E. Fenstermaker, FOIA/Privacy Act Specialist, at North Central Regional Office, 400 State Avenue, Tower II, Suite 800, Kansas City, KS  66101. I trust this is responsive to your request.

Sincerely,

E. Fenstermaker

for

Richard M. Winter
Regional Counsel

Date: 10/01/2020
Time: 1:03:08 PM

Facility: FLX

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

**Start Date:** 04/01/2020
**End Date:** 10/01/2020
**Inmate Reg#:** 60012001
**Account Status:** All
**Institution:** Florence FCC

BOP FOIA #2021-00027 1 of 2

Date: 10/01/2020
Time: 1:03:08 PM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: FLX

**CERTIFIED**

OCT 01 2020

FCC FLORENCE
TRUST FUND

### General Information

| Inmate Reg#: | 60012001 |
| Inmate Name: | YOUNG, TIMOTHY DOYLE |
| Current Site Name: | Florence FCC |
| Housing Unit: | FLM-C-A |

| Living Quarter: | C02-204L |
| Arrived From: | FLX |
| Transferred To: | |
| Account Creation Date: | 2/20/2002 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Debt Encumbrance | Receipt# | SPO Encumbrance | Other Encumbrance | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Count:** | | **0** | | | | | | **Totals:** | **$0.00** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| FLX | ($149.50) | $0.00 | $30.00 | $0.00 | $149.50 | $0.00 | $0.00 | $30.00 |
| **Totals:** | **($149.50)** | **$0.00** | **$30.00** | **$0.00** | **$149.50** | **$0.00** | **$0.00** | **$30.00** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $30.00 | $30.00 | $30.00 | 05/30/2017 | 12/31/2100 |

Exhibit - H

```
REMEDY-ID    SUBJ1/SUBJ2  ---------------------ABSTRACT------------------------
             RCV-OFC      RCV-FACL    DATE-RCV      STATUS     STATUS-DATE

996451-A1    30ZM/        ADD 2 YEARS, 4 MO CREDIT
             BOP          MAR         02-10-2020     REJ        02-21-2020

1000985-A1   32ZM/        CLAIMS NOT BEING PROVIDED BP-8
             BOP          FLM         02-10-2020     REJ        02-21-2020

996414-A1    20DM/        DHO APPEAL
             BOP          PEM         02-10-2020     REJ        02-21-2020

1003165-A1   26BM/        REQUESTING PROPER MEDICAL CARE
             BOP          FOM         02-10-2020     REJ        02-21-2020

998841-A1    13ZM/        I/M CLAIMS GCT FROM FSA NOT ACCURATE
             BOP          SPG         02-10-2020     REJ        02-21-2020

991634-A1    24AM/24EM    I/M REQ. MEASURES FOR SAFE & EFFECTIVE MANAGEMENT
             BOP          PHX         02-10-2020     REJ        02-21-2020

986812-A1    33ZS/15HS    REQUESTS BIRTH CERTIFICATE FOR COURT EVIDENCE
             BOP          THA         02-10-2020     REJ        02-21-2020

996840-A1    30AM/        FIRST STEP ACT (JAIL CREDIT)
             BOP          COM         02-10-2020     REJ        02-21-2020

1007422-A1   36GM/        NOT HEARD FROM TORT CLAIM FILED 6 MONTHS AGO
             BOP          TOM         02-10-2020     REJ        02-21-2020

1004344-A2   34DM/20CM    ASSAULT BY STAFF
             BOP          GPC         02-10-2020     REJ        02-21-2020

970202-A2    20DM/        DHO APPEAL
             BOP          MCD         02-10-2020     REJ        02-21-2020

1000450-A1   20AM/        DHO APPEAL
             BOP          FLP         02-10-2020     REJ        02-21-2020

971472-A1    21AM/        INM CLAIMS UDC REPROT FALSE AND WANTS EXPUNGED
             BOP          ENG         02-10-2020     REJ        02-21-2020

1004645-A1   34AM/        STAFF MISCONDUCT
             BOP          HAF         02-10-2020     REJ        02-21-2020

996600-A1    13GM/        APPEAL COMPASS RELEASE DENIAL 70141200000207722023
             BOP          FTW         02-10-2020     REJ        02-21-2020

1002768-A1   21AM/        APPEALING SANCTIONS
             BOP          SPG         02-10-2020     REJ        02-21-2020
```

G0002      MORE PAGES TO FOLLOW . . .

General Counsel                    # 2021 - 00027
OIP, Sixth floor
441 "G" Street, N.W.
Washington, DC 20530

## FOIA Appeal

I am appealing the BOP's response for
#21-0027 for the following reasons:

A.) The BOP denied "expedited processing" in
   violation of Policy (the loss of Rights
   because of denial to the Courts under
   28 USC :1915 (a)(2)).
B.) The BOP withheld or deleted my original
   Sept. 2020 FOIA request (identical to
   #21-0027) and then used that response
   for this request. The account state—
   ment is dated 10-1-2020 which is more
   than a month before the #21-0027
   request was written.
C.) The BOP deliberately withheld the account
   statement for 7½ months making it useless
   for :1915 (a)(2) and/or did not send a
   current account statement from May.
D.) The #21-0027 response letter (5-18-21)
   altered the content of my request.

Again, I request a certified Trust Fund
account statement for :1915 (a)(2).

                 Ti Y                June 9, 2021
Timothy Doyle Young #60012-001
USP-Max-ADX : P.O. Box 8500
Florence, CO 81226

Exhibit – I

```
 NCRBM          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     05-11-2021
PAGE 023 OF     *                   SANITIZED FORMAT           *     10:59:14

 REMEDY-ID      SUBJ1/SUBJ2   --------------------ABSTRACT------------------------
                RCV-OFC    RCV-FACL    DATE-RCV      STATUS    STATUS-DATE

999945-A1      20AM/20BM   DHO APPEAL
               BOP         WIL         02-10-2020    CLD       03-18-2020

989424-A2      21AM/       UDC APPEAL 08/12/19 CODE 310
               BOP         POL         02-10-2020    CLD       03-23-2020

997729-A1      20DM/       DHO APPEAL
               BOP         OKL         02-10-2020    CLD       03-12-2020

1000679-A1     20AM/       DHO APPEAL
               BOP         MIL         02-10-2020    CLD       03-23-2020

985434-A2      20DM/       DHO APPEAL
               BOP         CAA         02-10-2020    CLD       03-12-2020

999646-A1      20GM/20DM   03-04-2020
               BOP         ALP         02-10-2020    CLD       03-04-2020

1001891-A1     34AM/       ALLEGES STAFF MISCONDUCT
               BOP         LVN         02-10-2020    REJ       03-11-2020

997869-A1      26AM/34CM   CLAIMS TREATMENT FOR CFS DENIED DUE TO DISCRIMINATIO
               BOP         ALP         02-11-2020    CLD       03-10-2020

997151-A1      26IM/       HLTH SVCS MAKING FALSE STATEMENT IN MED RCRDS
               BOP         ALP         02-11-2020    CLO       03-03-2020

999006-A1      33DM/       UNIT TEAM DENIED ACCESS LEGAL VISIT & PAPERWORK
               BOP         LOR         02-11-2020    CLD       03-05-2020

990019-A1      33GM/25DM   ISSUES WITH SEVERAL BOXES OF LEGAL MATERIALS/PROP.
               BOP         FLM         02-11-2020    CLO       03-24-2020

985746-A1      25ZM/       BP9'S NOT BEING RECORDED AT ANOTHER INSTITUTION
               BOP         RCH         02-11-2020    CLO       03-24-2020

997381-A1      34AM/       CLAIMS STAFF WAS UNPROFESSIONAL
               BOP         ALP         02-11-2020    CLO       03-19-2020

997376-A1      34AM/       STAFF COMPLAINT: 10-17-19 @ 10.30 AM PILL LINE
               BOP         ALP         02-11-2020    CLO       03-19-2020

989849-A1      22CS/34AS   CELL ASSIGNMENT/RETAILIATION
               BOP         TOM         02-11-2020    CLO       03-19-2020

993098-A1      34AM/       ALLEGES MISCONDUCT BY STAFF
               BOP         TOM         02-11-2020    CLO       03-19-2020


G0002     MORE PAGES TO FOLLOW . . .
```

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: YOUNG , TIM D.          60012-001          F          ADX
     LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A - REASON FOR APPEAL** Criminal conduct by the North Central Region.—
In Sept. 2020 I mailed a FOIA request for "expedited processing"
of a "...certified copy of my Trust Fund account statement..." for
I.F.P. in Court but an acknowledgment letter was never given to
me. In Nov. 2020 I submitted another identical request which
was "received on Nov. 18, 2020" as #2021-00027. The Regional
Counsel, Richard Winter, not only denied expedited processing
in violation of Policy but deliberately withheld the account
statement for 8 months making it useless for access to the Court.
The account statement is dated Oct. 1, 2020 which is prior to the
#21-00027 request being mailed and proves that my Sept. 2020
request was received but deliberately withheld from FOIA and
SENTRY records to deprive me of First Amendment Rights. My

June 9 2021                                    T. Y.
     DATE                                    SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____          _____
     DATE                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _____

**Part C - RECEIPT**                                    CASE NUMBER: 1075130 - A1

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____          _____
     DATE                              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

records are clearly "Disclosable" according to
Policy and the instructions to obtain them by
filing unnecessary FOIA requests is Nothing
but misdirection and a continuation of the
Perjury, Fraud, etc., in #07-cv-2240 (D.
Colo.), dkt #9 and #14-cv-0073 (D. Colo.),
dkt #18.  Policy plainly states Not to use
FOIA for "Disclosable" records, see
P.S. 1315.05 (12), (15), (27), and 28 CFR
§ 513.61 (a).

    I request a certified copy of my
Trust Fund account statement for in forma
pauperis in Court under 28 USC
§ 1915 (a)(2).

June 9, 2021              Ti Y

#1075130-Al



Timothy Doyle Young
60012-001
U.S Penitentiary-Max-ADX
PO Box 8500
Florence, CO
81226

Legal
Mail

U.S. District Court
255 E. Temple St.
Los Angeles, CA
90012